FILED
JAMES J. VILT, JR. - CLERK

MAR 19 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**ABDULKADIR MALINDO (1-7, 9-25)**
**ABDULKADIR ALI (1, 3)**
**HUSSEIN HUSSEIN (1, 7, 8)**
**HENRY MARTINEZ (1, 2)**
**BILAL MALINDO (1, 22, 23)**

INDICTMENT

NO. 3:25-CR-43-DJH

18 U.S.C. § 2
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(c)(1)(B)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(b)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Possess with Intent to Distribute Fentanyl)*

On or about and between October 28, 2024, and March 5, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ABDULKADIR MALINDO, ABDULKADIR ALI, HUSSEIN HUSSEIN, HENRY MARTINEZ,** and **BILAL MALINDO,** knowingly conspired with each other and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Fentanyl)*

On or about October 28, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ABDULKADIR MALINDO** and **HENRY MARTINEZ**, aided and abetted by each other, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3
*(Distribution of Fentanyl)*

On or about November 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ABDULKADIR MALINDO** and **ABDULKADIR ALI**, aided and abetted by each other, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4
*(Distribution of Fentanyl)*

On or about November 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 5
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about November 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did knowingly possess a firearm, that is, a Plumcrazy Firearms, Gen II, multi-caliber pistol, bearing serial number Z07764 and a multi-caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 6
*(Distribution of Fentanyl)*

On or about November 19, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-

3

(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 7
*(Distribution of Fentanyl)*

On or about November 21, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ABDULKADIR MALINDO** and **HUSSEIN HUSSEIN**, aided and abetted by each other, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 8
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about November 21, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **HUSSEIN HUSSEIN**, did knowingly possess a firearm, that is, a Radical Firearms, Model RF-15, multi-caliber pistol, bearing serial number 21-078872, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 9
*(Distribution of Fentanyl)*

On or about December 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 10
*(Distribution of Fentanyl)*

On or about December 3, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

## COUNT 11
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about December 3, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did knowingly possess a firearm, that is,

5

a P80, 9-millimeter pistol, bearing no serial number, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 12
*(Distribution of Fentanyl)*

On or about December 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 13
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about December 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did knowingly possess a firearm, that is, an American Tactical Imports, Omni Hybrid, multi-caliber pistol, bearing serial number SN208948, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 14
*(Distribution of Fentanyl)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 15
*(Illegal Possession of a Machine Gun)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did knowingly possess a machine gun, that is, a Glock Switch, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

The Grand Jury further charges:

## COUNT 16
*(Firearms Trafficking)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did transfer and otherwise dispose of a firearm, that is: a Glock Switch, bearing no serial numbers, to Witness #1, in and otherwise

7

affecting commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by Witness #1 would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), and 933(b).

The Grand Jury further charges:

## COUNT 17
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did knowingly possess a firearm, that is, a Glock Switch, bearing no serial number, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

The Grand Jury further charges:

## COUNT 18
*(Distribution of Fentanyl)*

On or about January 2, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 19
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about January 2, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did knowingly possess a firearm, that is, a Glock, Model 19X, 9-millimeter pistol, bearing serial number BGWP657, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 20
*(Distribution of Fentanyl)*

On or about January 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 21
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about January 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did knowingly possess a firearm, that is, a Bear Creek Arsenal, Model BCA19, multi-caliber pistol, bearing serial number A117648 and a

9

Canik55, Model TP-9SF, 9 millimeter pistol, bearing serial number 20BC17172, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 22
*(Distribution of Fentanyl)*

On or about February 3, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ABDULKADIR MALINDO** and **BILAL MALINDO**, aided and abetted by each other, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 23
*(Distribution of Fentanyl)*

On or about February 13, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ABDULKADIR MALINDO** and **BILAL MALINDO**, aided and abetted by each other, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 24
*(Distribution of Fentanyl)*

On or about March 5, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

The Grand Jury further charges:

## COUNT 25
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about March 5, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ABDULKADIR MALINDO**, did knowingly possess a firearm, that is, a Palmetto, multi-caliber rifle, bearing serial number SCD041463; a Sig Sauer, Model P226, .40 caliber pistol, bearing serial number U814870; a Canik, 9 millimeter pistol, bearing serial number 21BC35972; and a Glock, Model 22, .40 caliber pistol, bearing serial number NBL253, in

furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1), as specifically charged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **ABDULKADIR MALINDO, ABDULKADIR ALI, HUSSEIN HUSSEIN, HENRY MARTINEZ,** and **BILAL MALINDO,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations (including but not limited to all firearms and ammunition).

As a result of committing offenses in violation of Title 18, United States Code, Sections 924(a)(2), 924(c), 933, and 922(o) as specifically charged in this Indictment, the defendants, **ABDULKADIR MALINDO** and **HUSSEIN HUSSEIN,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to a Plumcrazy Firearms, Gen II, multi-caliber pistol, bearing serial number Z07764; a Radical Firearms, Model RF-15, multi-caliber pistol, bearing serial number 21-078872; a P80, 9-millimeter pistol, bearing no serial number; an American Tactical Imports, Omni Hybrid, multi-caliber pistol, bearing serial number SN208948; a Glock Switch, bearing no serial number; a Glock, Model 19X, 9-millimeter pistol, bearing serial number BGWP657; a Bear Creek

Arsenal, Model BCA19, multi-caliber pistol, bearing serial number A117648; a Canik55, Model TP-9SF, 9 millimeter pistol, bearing serial number 20BC17172; a Palmetto, multi-caliber rifle, bearing serial number SCD041463; a Sig Sauer, Model P226, .40 caliber pistol, bearing serial number U814870; a Canik, 9-millimeter pistol, bearing serial number 21BC35972; a Glock, Model 22, .40 caliber pistol, bearing serial number NBL253; and ammunition.

A TRUE BILL.

*[signature]*

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:ER:03/19/2025

UNITED STATES OF AMERICA v. **ABDULKADIR MALINDO** et al.

## PENALTIES

| | |
|---|---|
| Count 1: | NL 10 yrs./NM Life/$10,000,000/both/NL 5yrs. Supervised Release |
| | (NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of one prior conviction)) |
| | (NL 25 yrs./NM Life//$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of two prior convictions)) |
| Counts 2,10: | NM 20 yrs./$1,000,000/both/NL 3yrs. Supervised Release (each count) |
| | (NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release with notice of one prior conviction) |
| Counts 3,4,6, 7,9,12,14,18, 20,22,23,24: | NL 5 yrs./NM 40 yrs./$1,000,000/both/NL 4yrs. Supervised Release (each count) |
| | (NL 10 yrs./NM Life/$2,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction) |
| Counts 5,8, 11,13,19,21, 25: | NL 5 years consecutive/$250,000/both/NM 5 yrs. Supervised Release (each count) |
| Count 15: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 16: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 17: | NL 30 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.