FILED
James J. Vilt Jr,
Clerk
7/31/2025
U.S. District Court
Western District of Kentucky

# UNITED STATES DISTRICT COURT
## Western District of Kentucky

### EXHIBIT INVENTORY

Case Number: __3:25CR-43-DJH__   Style of Case: __USA v. Hussein__
Received from: __T. Burch__   Received by: __DWohmer__   Date: __7/31/2025__
                                             __8/6/2025__

Proceedings: __Bond Revocation Hearing__

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| Dft 1 | Commonwealth v. Hussein 25-F-005468 documents | | |

NOTES: _____

**DISPOSITION OF EXHIBITS:**

ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION: _____
DATE: _____ RETURNED BY: _____, Deputy Clerk